## PROMOTING ENDURING PEACE, INC. *v.* CITY OF MILFORD

KATZ, J., did not participate in the consideration or decision of this petition.

*Richard L. Gross,* in support of the petition.

*Cynthia C. Anger*, assistant city attorney, in opposition.

Decided July 13, 2004